UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14435-CIV-MARTINEZ/LYNCH

DAVID GEORGE,

    Plaintiff,

v.

JOYCE ANN WAYMAN AND
JOSEPH WAYMAN,

    Defendants.
_____/

FILED by _____ D.C.
DEC 3 0 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**ORDER ON PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (DE 5) AND MOTION WITHDRAWING THAT APPLICATION (DE 10)**

**THIS CAUSE** comes before this Court upon the above Application and Motion. Having reviewed the two filings, it is hereby,

**ORDERED AND ADJUDGED** that the Plaintiff's Motion to Remove Document 5 (His Request to Proceed without Paying Costs or Fees), found at DE 10, is **GRANTED**. This Court notes further that the Plaintiff has paid the filing fee as indicated by the receipt found at DE 11. This Court therefore deems the underlying Application to be withdrawn. It follows then that the underlying Application (DE 5) is **DENIED** as moot. It is further,

**ORDERED AND ADJUDGED** that this Court reminds the Plaintiff of the need to obtain Summonses from the Clerk of Court and to complete service of process of his Complaint and Summons on each

of the Defendants. The Plaintiff must serve the Defendants with process in compliance with Rule 4 of the Federal Rules of Civil Procedure. Promptly thereafter the Plaintiff---or his designated process server---shall file the Returns of Service with this Court to demonstrate such service of process. The Plaintiff shall complete service of process and file the Returns of Service as soon as possible.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of December, 2015.

_____
FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: David George, pro se
    2525 Arapahoe Ave. E4-245
    Boulder, CO  80302