UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14435-CIV-MARTINEZ/LYNCH

DAVID GEORGE,

    Plaintiff,

v.

JOYCE ANN WAYMAN AND JOSEPH WAYMAN,

    Defendants.
_____/



### ORDER REQUESTING PLAINTIFF TO FILE SUR-REPLY

**THIS CAUSE** comes before this Court upon its own motion. Currently pending before this Court are the Defendants' Motions to Dismiss (DE 16 & 19); the Plaintiff's Responses (DE 25 & 26); the Defendant's Reply (DE 30); and the Settlement Agreement from the prior Colorado litigation filed under seal at DE 33. This Court sees need for a response from the Plaintiff to the Defendants' Reply. It is therefore,

**ORDERED AND ADJUDGED** that the Plaintiff shall file a Sur-Reply in response to the Defendants' Reply. He shall file his Sur-Reply by **FRIDAY, MAY 27, 2016**. This Court reminds the Plaintiff that he must make sure that his Sur-Reply is delivered to the Clerk of Court for docketing by this deadline.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9— day of May, 2016.

_____
FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Joseph V. Priore, Esq.

    David George, pro se
    2525 Arapahoe Ave E4-245
    Boulder, CO 80302