# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _AP_ D.C.

MAY 2⁴ 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Civil Action No.    15-14435-CIV-MARTINEZ=LYNCH

(To be supplied by the court)

DAVID GEORGE _____, Plaintiff,

v.

JOYCE WAYMAN _____,

JOSEPH WAYMAN _____,

_____

## MOTION FOR JUDICIAL NOTICE OF FACTS

Plaintiff submits the following documents and information for Judicial Notice of Fact under the Federal Rule of Evidence.

Exhibit A.    Joyce Wayman was notified about taking the Plaintiff's images. She stated she would return them the following weekend. The date was May 17, 2012.

Exhibit B.    Joyce Wayman states she had not looked at the disk to both Bonnie Leighton (co-defendant in another Copyright case in Colorado) and Joseph Wayman her brother and co-defendant in the case before this court.  She also states she is considering making a copy and giving it to the Plaintiff. The date of this communication was June 27, 2015. The other pages include the dates of access, dates of deletion, dates of addition, a copy of the two recovery summaries with one showing Norton Online Backup. exe file, FreeComTest (unknown item) and Windows Easy Transfer- Items from old computer .MIG. The documents also include images that are destroyed, fragmented and not

able to be opened or viewed even with proprietary software (Nikon NX2) or other

normal software such as Windows, Picasa, Photoshop and others.

Exhibit C.     Showing that Joyce and Joe Wayman communicated on March 9, 2013. And that

Joyce Wayman was submittinf information to Joe Wayman for his review.

Exhibit D.     Shows the DMCA notices were filed to Pinterest. Pinterest noted that were

removed.

The other documents are copies of the emails from Pinterest.com confirming they

had removed the images.

Exhibit E.     Shows the creation of a folder called New Folder on September 15, 2015.

Documents show that there are 262 items in that folder.  Another document shows

the search for Word files .docx with only one being found on the Wallet Drive as

delivered. The folder was created, moved or copied as a sub-folder to a folder

named 2011-08-13.

Exhibit F,     Consists of two pages that show the same information concerning the damaged

hard drive. One is the full screen print and the other a cropped image for easier

reading.

David George          Date    5/6/2016

I do certify that the defendants and or their legal representative will be notified via the electronic
notification system of the court by the clerk of the court.



EXHIBIT
A
PENGAD 800-631-6989

**David - Gmail**

| | |
|---|---|
| **From:** | Joyce Wayman [jaway1222@gmail.com] |
| **Sent:** | Thursday, May 17, 2012 4:28 PM |
| **To:** | David |
| **Subject:** | hard drive |

I didn't know all that was on that hard drive. I bought it for my music. I'll be back sometime this weekend so you will have them then.

**David - Gmail**

| | |
|---|---|
| **From:** | David - Gmail [dlgeorge1@gmail.com] |
| **Sent:** | Thursday, May 17, 2012 3:18 PM |
| **To:** | Joyce-Gmail |
| **Subject:** | HARDRIVE |

I know I said I would not bother but I did not realize how extensive your leaving was including taking tens of thousands of my photos of which over a hundred are the high resolution photos I spent the last few days last working on., As you know if you listened to me on several occasions I had to submit the low small photos for early inspection by Monday, which I did. You should also remember I had to have the high resolutions available and now they want them and the only place they are stored are on that drive. I need them. I do not care about the drive although the drive was listed on the taxes for right off for the corporation so technically it is its not yours. I do not care about the drive. How could you just not care about taking my photos in the middle of a year long project for SW is just plain beyond me and wrong. Send me the drive, I will take them off and send it back to you I could care less about it but the photos are very valuable. Some of the others include the one from Australia for the neonatal unit that sold for over 8000.00, you know about that, you now have the only high res copy, the beach house that sold 32 times, I can wait on those but the new ones for 2013 season at are very time sensitive. I have to get them on a dvd and to Mesa.  Please, I worked too hard to have you just throw them away.



Begin forwarded message:
From: Joyce Wayman <███████wayman@yahoo.com>
To: Bonnie Leighton <bonnie@████████████erties.com>, Joseph Wayman
███████djoe@msn.com>
Subject: David's pictures

Date: Sat, 27 Jun 2015 12:37:50 -0700

Hi Bonnie,

I have something I want to pass by you.
CREN000116

I went through my hard drive today that I have my music on and did see some Back
up pictures that David put on it. I really had never looked at them before today really.
I am thinking if I download them on another device and give them to him █████



Let me know what you think.

Thanks, Joyce

CREN000117

```
[H:] FAT32, 596 GB.   32768 Found: recovered 2515 files, fully recovered 614 files, partly recovered 1901 files
```

| Filename | Size | Path |
|---|---|---|
| Norton Online Backup.exe | 405504 | H:\ |
| FreecomTest | 52428800 | H:\ |
| Windows Easy Transfer - Items from old computer.MIG | 2126326214 | H:\ |
| _hange.log | 740 | H:\System Volume Information\_restore{30BD88D2-9FFC-498B-A689-A47713G2F918}\RP121\ |
| _hange.log | 872 | H:\System Volume Information\_restore{9064A718-8822-4594-9843-D0C9AD70ED22}\RP605\ |
| _SCN0390.MOV | 1084440564 | H:\Recycled\Dk3\ |
| _SC_1758.JPG | 32768 | H:\tosibabackup102511\2010-06-12\ |
| File0113.jpg | 300384 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| File0114.jpg | 238818 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| File0375.jpg | 278681 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| _1le0113.tmp | 324510 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| File0113.jpg~RF37ec6ca3.TMP | 300384 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| _1le0114.tmp | 272732 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| File0114.jpg~RF37ec89ff.TMP | 238818 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| _1le0375.tmp | 302960 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| File0375.jpg~RF37ecf78e.TMP | 278681 | H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\ |
| _SCN1144.JPG | 3966332 | H:\tosibabackup102511\2010-04-22\2010-08-29\ |

United States District Court
Southern District of Florida

Case Number: 15-14435-CV-JEM

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ NOT SCANNED

    ☐ Due to Poor Quality

    ☐ Bound Extradition Papers

    ☒ Photographs

    ☐ Surety Bond (Original <u>or</u> Letter of Understanding)

    ☐ CD or DVD (Court Order <u>or</u> Trial Purposes only)

    ☐ Other:_____

☐ SCANNED

    ☐ But Poor Quality

    ☐ Habeas Cases (State Court Record/Transcript)

Date: 5/24/16





Piriform Recuva

Recuva.com v1.53.1087 (64-bit)
Microsoft Windows 10 Pro 64-bit
Intel Core2 Duo CPU P7550 @ 2.26GHz 4.0GB RAM, Mobile Intel 4 Series Express Chipset Family



WALLET DRIV (H:)                              Scan ▶

| Filename | Path | Size | State | Comment |
|---|---|---|---|---|
| SC_2107.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,386 KB | Unrecoverable | This file is overwritten |
| SC_2108.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,141 KB | Unrecoverable | This file is overwritten |
| SC_2109.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,172 KB | Unrecoverable | This file is overwritten |
| SC_2110.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,354 KB | Unrecoverable | This file is overwritten |
| SC_2111.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,366 KB | Unrecoverable | This file is overwritten |
| SC_2112.NEF | H:\Desktop\HPBU110311\_ackups\ | 23,719 KB | Unrecoverable | This file is overwritten |
| SC_2113.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,225 KB | Unrecoverable | This file is overwritten |
| SC_2114.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,219 KB | Unrecoverable | This file is overwritten |
| SC_2115.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,245 KB | Unrecoverable | This file is overwritten |
| SC_2116.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,271 KB | Unrecoverable | This file is overwritten |
| SC_2117.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,273 KB | Unrecoverable | This file is overwritten |
| SC_2118.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,270 KB | Unrecoverable | This file is overwritten |
| SC_2119.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,654 KB | Unrecoverable | This file is overwritten |
| SC_2120.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,575 KB | Unrecoverable | This file is overwritten |
| SC_2124.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,176 KB | Unrecoverable | This file is overwritten |
| SC_2125.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,508 KB | Unrecoverable | This file is overwritten |
| SC_2126.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,423 KB | Unrecoverable | This file is overwritten |
| SC_2127.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,818 KB | Unrecoverable | This file is overwritten |
| SC_2128.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,397 KB | Unrecoverable | This file is overwritten |
| SC_2129.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,291 KB | Unrecoverable | This file is overwritten |
| SC_2130.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,136 KB | Unrecoverable | This file is overwritten |
| SC_2131.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,590 KB | Unrecoverable | This file is overwritten |
| SC_2144.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,650 KB | Unrecoverable | This file is overwritten |
| SC_2145.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,691 KB | Unrecoverable | This file is overwritten |
| SC_2146.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,644 KB | Unrecoverable | This file is overwritten |
| SC_2147.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,367 KB | Unrecoverable | This file is overwritten |
| SC_2148.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,383 KB | Unrecoverable | This file is overwritten |
| SC_2149.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,497 KB | Unrecoverable | This file is overwritten |
| SC_2150.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,413 KB | Unrecoverable | This file is overwritten |
| SC_2152.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,478 KB | Unrecoverable | This file is overwritten |

Total recovered 2510 file(s): fully recovered 618 file(s), partly recovered 1892 file(s).

Photoshop
cannot open



Windows 10 Pro file: Small size but blank inside file
Explorer:



Windows Photo Viewer



Nikon Propriotary software for .NEF





> Recycle Bin

| Name | Original Location | Date Deleted |
|------|-------------------|--------------|
| 2009-01-25 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:27 AM |
| 2009-01-26 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:27 AM |
| 2010-03-07 | F:\tosibabackup102511 | 7/8/2015 10:18 AM |
| 2010-04-17 | F:\tosibabackup102511 | 7/8/2015 10:22 AM |
| 2010-04-19 | F:\tosibabackup102511 | 7/8/2015 10:23 AM |
| 2010-04-20 | F:\tosibabackup102511 | 7/8/2015 10:24 AM |
| 2010-05-06 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:32 AM |
| 2010-05-07 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:33 AM |
| 2010-05-12 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:34 AM |
| 2010-05-16 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:34 AM |
| 2010-05-21 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:36 AM |
| 2010-07-05 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:38 AM |
| 2010-07-27 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:41 AM |
| 2010-07-28 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:43 AM |
| 2010-08-08 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:54 AM |
| 2010-08-22 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:55 AM |
| 2010-09-11 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:58 AM |
| 2010-09-12Joyce | F:\tosibabackup102511\PhotoBU | 7/8/2015 12:42 PM |
| 2010-12-26 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 10:59 AM |
| 2010-12-27 | F:\tosibabackup102511\2010-04-22 | 7/8/2015 11:00 AM |
| 2011-11-15 | G:\HPbackup3182012 | 5/10/2012 9:11 AM |
| backup_2 | J:\tosibabackup102511 | 10/9/2012 1:52 PM |
| DSC_2206.psd | F:\tosibabackup102511\PhotoBU\2011-02-17 | 9/17/2015 11:25 AM |
| DSC_2463.JPG | F:\tosibabackup102511\2010-04-22\2010-08-01 | 7/8/2015 10:44 AM |
| DSC_2543.JPG | F:\tosibabackup102511\2010-04-22\2010-08-08 | 7/8/2015 10:53 AM |
| DSC_2544.JPG | F:\tosibabackup102511\2010-04-22\2010-08-08 | 7/8/2015 10:53 AM |







Copy
Copy path
Move to
Copy to
Delete
Rename
New folder
_SC_2177.NEF - Picasa Photo Viewer
This PC › TOSHIBA EXT2 (I:) › Secondrecovery
Name
Type
_SC_2170.NEF
_SC_2171.NEF
_SC_2172.NEF
_SC_2173.NEF
_SC_2175.NEF
_SC_2176.NEF
_SC_2177.NEF
_SC_2178.NEF
_SC_2179.NEF
_SC_2180.NEF
_SC_2181.NEF
_SC_2182.NEF
_SC_2183.NEF
_SC_2184.NEF
_SC_2185.NEF
_SC_2186.NEF
_SC_2187.NEF
_SC_2188.NEF
_SC_2189.NEF
_SC_2191.NEF
_SC_2192.NEF
_SC_2193.NEF
_SC_2194.NEF
_SC_2196.NEF
_SC_2197.NEF
_SC_2198.NEF
_SC_2199.NEF
_SC_2200.NEF
NEF File
_SC_2177.NEF (64 x 64)

Picture Tools
H:\Recovered data 01-05-2016 at 18_55_23\More lost files\Bitmap file
Home
Share
View
Manage
Cut
Copy path
Copy
Move to
Copy to
Delete
Rename
New folder
New item
Easy access
Properties
Open
Edit
History
Select all
Select none
Invert selection
This PC › TOSHIBA EXT (H:) › Recovered data 01-05-2016 at 18_55_23 › More lost files › Bitmap file
FILE000.BMP
FILE001.BMP
FILE002.BMP
FILE003.BMP
FILE008.BMP
FILE009.BMP
FILE010.BMP
FILE011.BMP
FILE012.BMP
FILE013.BMP
FILE014.BMP
FILE015.BMP
FILE016.BMP
FILE021.BMP
FILE022.BMP
FILE023.BMP
FILE024.BMP
FILE025.BMP
FILE026.BMP
FILE027.BMP
FILE028.BMP
FILE029.BMP
FILE034.BMP
FILE035.BMP
FILE036.BMP
FILE037.BMP
FILE038.BMP
FILE039.BMP
FILE040.BMP
FILE041.BMP
FILE042.BMP
FILE043.BMP
FILE044.BMP
FILE045.BMP
FILE046.BMP
FILE047.BMP
FILE048.BMP
FILE049.BMP
FILE050.BMP
FILE051.BMP
FILE052.BMP
FILE053.BMP
FILE054.BMP
FILE055.BMP
FILE056.BMP
FILE057.BMP
FILE058.BMP
FILE059.BMP
FILE060.BMP
FILE061.BMP
FILE062.BMP
FILE063.BMP
FILE064.BMP

TOSHIBA EXT2 (I:) › originalWALLET DRIV › Recycle Bin ›

| Name | Date modified | Type | Size |
|---|---|---|---|
| SI2QD7Y9.temp_6 | 3-29-2012 6:55 PM | TEMP_6 File | 1 KB |
| SI2S776HJPG | 7/8/2015 8:44 AM | | |
| SI3NZ34S | 5/10/2012 10:11 AM | | |
| SI4P9RW9.JPG | 7/8/2015 9:17 AM | | |
| SI4P61P6 | 7/8/2015 8:18 AM | | |
| SI4Q8ZA6 | 7/8/2015 8:24 AM | | |
| SI5MFRE6.JPG | 7/8/2015 8:49 AM | | |
| SI7R88DW | 7/8/2015 8:41 AM | | |
| SI8BXU9I | 7/8/2015 8:59 AM | | |
| SI9VT824.JPG | 7/8/2015 8:55 AM | | |
| SI19EW9S | 7/8/2015 8:59 AM | | |
| SI28SNLY.txt | 7/8/2015 9:11 AM | | |
| SI84X4K6 | 7/8/2015 9:13 AM | | |
| SI296A.IV.temp_2 | 3-29-2012 6:55 PM | | |
| SI800M2N | 7/8/2015 10:42 AM | | |
| SIAXP4SO | 7/8/2015 9:27 AM | | |
| SIB2E0BD.JPG | 7/8/2015 8:46 AM | | |
| SIB18H6L | 7/8/2015 8:38 AM | | |
| SIBUQFPT.JPG | 7/8/2015 8:53 AM | | |
| SICDCL6S | 12/30/2011 4:37 PM | | |
| SID9UUSP.JPG | 7/8/2015 8:46 AM | JPG File | 1 KB |
| SIDNGV4C | 7/8/2015 9:00 AM | File | 1 KB |
| SIDNYDOR.JPG | 7/8/2015 8:50 AM | JPG File | 1 KB |
| SIDWQMDJ | 7/8/2015 8:23 AM | File | 1 KB |
| SIE6I6HRJPG | 7/8/2015 9:28 AM | JPG File | 1 KB |
| SIE85UD1 | 7/8/2015 8:34 AM | File | 1 KB |
| SIELQMWV | 7/8/2015 8:36 AM | File | 1 KB |
| SIEQF0GGJ.JPG | 7/8/2015 8:55 AM | JPG File | 1 KB |
| SIER7FCE | 7/8/2015 8:43 AM | File | 1 KB |

1 item selected  544 bytes

**DSC_3762.JPG Properties**

General  Security  Details  Previous Versions

DSC_3762.JPG

Type of file:   JPG File (.JPG)
Opens with:   Picasa Photo Viewer          Change...

Location:   I:\Secondrecovery
Size:   10.1 MB (10,644,174 bytes)
Size on disk:   10.1 MB (10,645,504 bytes)

Created:   Tuesday, October 25, 2011, 6:41:39 PM
Modified:   Saturday, April 02, 2011, 1:04:36 PM
Accessed:   Saturday, December 01, 2012, 12:00:00 AM

Attributes:   ☐ Read-only   ☐ Hidden          Advanced...

OK      Cancel      Apply

---

SC_3823.JPG

General  Security  Details  Previous Versions

SC_3823.JPG

Type of file:   JPG File (.JPG)
Opens with:   Picasa Photo Viewer          Change...

Location:   I:\Secondrecovery
Size:   7.68 MB (8,059,828 bytes)
Size on disk:   7.68 MB (8,060,928 bytes)

Created:   Tuesday, October 25, 2011, 6:42:11 PM
Modified:   Saturday, April 02, 2011, 1:45:00 PM
Accessed:   Saturday, December 01, 2012, 12:00:00 AM

Attributes:   ☐ Read-only   ☐ Hidden          Advanced...

OK      Cancel      Apply

---

SC_3971.JPG

General  Security  Details  Previous Versions

SC_3971.JPG

Type of file:   JPG File (.JPG)
Opens with:   Picasa Photo Viewer          Change...

Location:   I:\Secondrecovery
Size:   7.51 MB (7,880,831 bytes)
Size on disk:   7.51 MB (7,884,800 bytes)

Created:   Tuesday, October 25, 2011, 6:43:20 PM
Modified:   Saturday, April 02, 2011, 6:26:08 PM
Accessed:   Saturday, December 01, 2012, 12:00:00 AM

Attributes:   ☐ Read-only   ☐ Hidden          Advanced...

OK      Cancel      Apply

**Thumbs.db Properties**

General  Security  Custom  Details  Previous Versions

Thumbs.db

| | |
|---|---|
| Type of file: | Data Base File (.db) |
| Opens with: | Unknown application    Change... |
| Location: | C:\Users\David\Desktop\HPbackup318\2012\2011 |
| Size: | 613 KB (627,712 bytes) |
| Size on disk: | 616 KB (630,784 bytes) |
| Created: | Monday, March 07, 2016, 2:08:46 AM |
| Modified: | Friday, May 18, 2012, 6:12:10 PM |
| Accessed: | Monday, March 07, 2016, 2:08:46 AM |
| Attributes: | ☐ Read-only    Hidden    Advanced... |

OK    Cancel    Apply

---

General  Security  Custom  Details  Previous Versions

Thumbs.db

| | |
|---|---|
| Type of file: | Data Base File (.db) |
| Opens with: | Unknown application    Change... |
| Location: | C:\Users\David\Desktop\HPbackup318\2012\2011 |
| Size: | 420 KB (430,080 bytes) |
| Size on disk: | 420 KB (430,080 bytes) |
| Created: | Monday, March 07, 2016, 2:08:49 AM |
| Modified: | Friday, May 18, 2012, 6:00:14 PM |
| Accessed: | Monday, March 07, 2016, 2:08:49 AM |
| Attributes: | ☐ Read-only    Hidden    Advanced... |

OK    Cancel    Apply

DSC_3698.JPG Properties ✕

General  Security  Details  Previous Versions

DSC_3698.JPG

Type of file:    JPG File (.JPG)

Opens with:     Picasa Photo Viewer          Change...

Location:        I:\Secondrecovery

Size:            6.03 MB (6,326,438 bytes)

Size on disk:    6.03 MB (6,328,320 bytes)

Created:         Tuesday, October 25, 2011, 6:41:13 PM

Modified:        Saturday, April 02, 2011, 11:35:22 AM

Accessed:        Saturday, December 01, 2012, 12:00:00 AM

Attributes:      ☐ Read-only  ☐ Hidden        Advanced...

                    OK         Cancel      Apply


DSC_3705.JPG Properties ✕

General  Security  Details  Previous Versions

DSC_3705.JPG

Type of file:    JPG File (.JPG)

Opens with:     Picasa Photo Viewer          Change...

Location:        I:\Secondrecovery

Size:            7.21 MB (7,566,400 bytes)

Size on disk:    7.21 MB (7,569,408 bytes)

Created:         Tuesday, October 25, 2011, 6:41:15 PM

Modified:        Saturday, April 02, 2011, 12:11:14 PM

Accessed:        Saturday, December 01, 2012, 12:00:00 AM

Attributes:      ☐ Read-only  ☐ Hidden        Advanced...

                    OK         Cancel      Apply



Date: Sat, 9 Mar 2013 09:45:26 -0700
Subject: RE: received this this morning
From: jaway1222█████████
To: ████████e@msn.com
I think it's time to ask him to cease and desist. I am going to delft my Pinterest account. It is not worth it. I am also going to reply to his threat later after work. Short and simple.

CREN000117

On Mar 9, 2013 9:57 AM, "Joseph Wayman" <████████e@msn.com> wrote:

# be careful what you say

Peace and Love Joe Wayman

Date: Sat, 9 Mar 2013 10:01:53 -0700
Subject: RE: received this this morning
From: jaway1222@gmail.com
To: ████████@msn.com
CREN000118
I will pass it by you first.



**Pinterest Infringed photos taken down  No repost**

1.   5902
2.   5907
3.   5909
4.   5938
5.   5945
6.   5958
7.   5965
8.   5970
9.   5980
10.  5991
11.  6004
12.  6020
13.  6031
14.  6041
15.  6046
16.  6054
17.  6062
18.  6066
19.  6085
20.  6078
21.  6094
22.  6098
23.  9520
24.  9679
25.  9682

Pinterest numbers start with 556617453647,,,,,, with some secondary downloads changing numbers all together.

The Nikon file numbers all start with DSC_

Pinterest DMCA take down notices:

858681809                    Material removed email 02/13/2013

1203494569                   Material removed email 02/11/2013

117479120                    Material removed email 02/11/2013

2869199649                   Material removed email 02/11/2013

407478653                    Material removed email 02/11/2013

As of March 1, 2013 no response from Joyce Wayman to Pinterest for removing the infringed materials.

Subject: [Pinterest] DMCA request 858681809 complete
Date: Wed, 13 Feb 2013 15:08:42 -0400

Hi David George,

You recently asked Pinterest to remove the material identified in the following DMCA notification:

858681809

This is to let you know we have removed that material. While most content is removed immediately, it may take up to 24 hours to be removed from all servers.

Sincerely yours,

Pinterest.com

Subject: [Pinterest] DMCA request 1203494569 complete
Date: Mon, 11 Feb 2013 22:07:17 -0400

Hi David George,

You recently asked Pinterest to remove the material identified in the following DMCA notification:

1203494569

This is to let you know we have removed that material. While most content is removed immediately, it may take up to 24 hours to be removed from all servers.

Sincerely yours,

Pinterest.com

Subject: [Pinterest] DMCA request 117479120 complete
Date: Mon, 11 Feb 2013 21:07:10 -0400

Hi David George,

You recently asked Pinterest to remove the material identified in the following DMCA notification:

117479120

This is to let you know we have removed that material. While most content is removed immediately, it may take up to 24 hours to be removed from all servers.

Sincerely yours,

Pinterest.com

Subject: [Pinterest] DMCA request 286919649 complete
Date: Mon, 11 Feb 2013 15:07:08 -0400

Hi David George,

You recently asked Pinterest to remove the material identified in the following DMCA notification:

286919649

This is to let you know we have removed that material. While most content is removed immediately, it may take up to 24 hours to be removed from all servers.

Sincerely yours,

Pinterest.com

Hi David George,

You recently asked Pinterest to remove the material identified in the following DMCA notification:

407478653

This is to let you know we have removed that material. While most content is removed immediately, it may take up to 24 hours to be removed from all servers.

Sincerely yours,

Pinterest.com



EXHIBIT

PENGAD 800-631-6989

› ↑ › TOSHIBA EXT (H:) › 2011-08-13

‹

New folder

TOSHIBA EXT (H:)

SRECYCLE.BIN

2009-07

2011-05-21

.picasaoriginals

2011-06-05

2011-07-18

2011-07-20

2011-07-30

2011-08-01

2011-08-05

2011-08-06

2011-08-07

2011-08-13

New folder

↓

New folder Properties                                    ✕

General   Sharing   Security   Previous Versions   Customize

New folder

New folder

Type:            File folder

Location:        H:\2011-08-13

Size:            120 MB (126,070,612 bytes)

Size on disk:    120 MB (126,631,936 bytes)

Contains:        262 Files, 0 Folders

Created:         Thursday, September 17, 2015, 1:13:01 PM

Attributes:      ☑ Read-only (Only applies to files in folder)

                 ☐ Hidden                    Advanced...

          OK            Cancel          Apply

WALLET DRIV (H:)   tosibabackup102511   PhotoBU   JoyceBu

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| My Music | 6 26 2011 7 52 AM | File folder | |
| My RoboForm Data | 3 31 2011 4 53 PM | File folder | |
| .picasa.ini | 3 31 2011 4 53 PM | Configuration sett... | 1 KB |
| JOYCE WAYMAN resume.docx | 11 16 2010 11 15 AM | Microsoft Word... | 12 KB |
| Joyce Wayman's Leadership Journey Line... | 11 16 2010 11 15 AM | .PPL File | 2 KB |
| Resume Joyce Dutton.rtf | 3 11 2009 1 33 PM | Rich Text Format | 4 KB |







WALLET DRIV ( H )



**WALLET DRIV ( H )**

There's a problem with this drive. Scan the drive now and fix it.

FOREVER

Royal Palms USPS

David George
2525 Arapahoe Ave
E4-245
Boulder, Co 80302

US District Court Southern Florida District
Office of the Clerk Room 8N09
400 North Miami Avenue
Miami FL 33128-7716

USDC FLSD
BY

USDC INQUIRED

