UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

CASE NO.: 15-14435-CIV-MARTINEZ-LYNCH

DAVID GEORGE,

    Plaintiff,

v.

JOYCE ANN WAYMAN and
JOSEPH WAYMAN,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION REQUESTING
APPOINTMENT OF COUNSEL**

Defendants, JOYCE ANN WAYMAN and JOSEPH WAYMAN, by and through undersigned counsel, submit this their response to Plaintiff's Motion Requesting Appointment of Counsel (DE 38).

As a general proposition, there exists no constitutional right to counsel for litigants in civil cases. See *Lassiter v. Department of Social Serv.*, 452 U.S. 18 (1981). The United States Supreme Court has stated that the Sixth Amendment right to counsel only attaches when an accused defendant is threatened with the loss of personal liberty. *Id.* at 26-27. Although the Supreme Court has never directly addressed whether a constitutional right to counsel exists in civil proceedings, several federal appellate courts have held that the Constitution does not provide a right to appointed counsel in civil cases. See *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990) ("Appointment of counsel in a civil case is not a constitutional right.").

Here, Plaintiff's personal liberty is not threatened and he acknowledges that he has no right to counsel in this case. Instead, Plaintiff argues, among other things, that the area of law is too

complex and that the case he filed is now an inconvenience given the time, cost and distance required for him to travel to participate.

Accordingly, Defendants, JOYCE ANN WAYMAN and JOSEPH WAYMAN, ask the Court to deny Plaintiff's motion.

        Respectfully submitted,

        SANTUCCI PRIORE, P.L.
        *Attorneys for Defendants*
        200 South Andrews Avenue, Suite 100
        Fort Lauderdale, Florida 33301
        Telephone: (954) 351-7474
        Facsimile: (954) 351-7475

By:    s/Joseph V. Priore
        Joseph V. Priore, Esq.
        Florida Bar No. 348820
        E-mail: jpriore@500law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

|  |  |
|---|---|
| By: | s/Joseph V. Priore |
|  | Joseph V. Priore, Esq. |
|  | Florida Bar No. 348820 |
|  | E-mail: jpriore@500law.com |

## SERVICE LIST

**David George v. Joyce Ann Wayman, et al.**
**Case No. 15-14435-CIV-MARTINEZ-LYNCH**
**United States District Court, Southern District of Florida**

David George
2525 Arapahoe Avenue, E4-245
Boulder, CO 80302
E-mail: dlgeorge1@gmail.com
*Pro Se*
Service via U.S. Mail and E-mail