UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

CASE NO.: 15-14435-CIV-MARTINEZ-LYNCH

DAVID GEORGE,

    Plaintiff,

v.

JOYCE ANN WAYMAN and
JOSEPH WAYMAN,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF FACTS**

Defendants, JOYCE ANN WAYMAN and JOSEPH WAYMAN, by and through undersigned counsel, submit this their response to Plaintiff's Motion for Judicial Notice of Facts (DE 40).

Judicial notice under Rule 201 of the Federal Rules of Evidence applies to "adjudicative facts." See Fed. R. Evid. 201(a).  In the classic formulation set forth by the Eleventh Circuit:

> [T]he kinds of things about which courts ordinarily take judicial notice are (1) scientific facts: for instance, when does the sun rise or set; (2) matters of geography: for instance what are the boundaries of a state; or (3) matters of political history: for instance, who was president in 1958.

*Shahar v. Bowers*, 120 F.3d 211 (11th Cir. 1997).

What Plaintiff puts forth in the exhibits to his motion are not facts generally known within this Court's territorial jurisdiction and, moreover, are not susceptible to accurate determination by

a source whose accuracy cannot reasonably be questioned.  See Fed. R. Evid. 201(b).  In addition, what Plaintiff puts forth in the exhibits to his motion are not "legislative facts." [1]

Accordingly, Defendants, JOYCE ANN WAYMAN and JOSEPH WAYMAN, ask the Court to deny Plaintiff's motion.

        Respectfully submitted,

        SANTUCCI PRIORE, P.L.
*Attorneys for Defendants*
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Telephone: (954) 351-7474
Facsimile: (954) 351-7475


By:    s/Joseph V. Priore
        Joseph V. Priore, Esq.
        Florida Bar No. 348820
        E-mail: jpriore@500law.com

---

[1] Courts may also take judicial notice of "legislative facts." No rule deals with judicial notice of legislative facts.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

            By:   s/Joseph V. Priore
                 Joseph V. Priore, Esq.
                 Florida Bar No. 348820
                 E-mail: jpriore@500law.com

## SERVICE LIST

**David George v. Joyce Ann Wayman, et al.**
**Case No. 15-14435-CIV-MARTINEZ-LYNCH**
**United States District Court, Southern District of Florida**

David George
2525 Arapahoe Avenue, E4-245
Boulder, CO 80302
E-mail: dlgeorge1@gmail.com
*Pro Se*
Service via U.S. Mail and E-mail