UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14435-CIV-MARTINEZ/LYNCH

DAVID GEORGE,

    Plaintiff,

v.

JOYCE ANN WAYMAN AND JOSEPH WAYMAN,

    Defendants.
_____/

FILED by ___ D.C.
JUN 1 0 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON PLAINTIFF'S MOTION REQUESTING APPOINTMENT OF COUNSEL (DE 38)

**THIS CAUSE** comes before this Court upon the above Motion. Having reviewed the Motion, Response (DE 42), and Reply (DE 45), this Court finds as follows:

1. There is no constitutional right to the appointment of counsel in a civil case, see Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999), and a finding of exceptional circumstances is necessary before such an appointment is warranted. A court has broad discretion in making this determination based upon the type and complexity of the case as well as the abilities of the individual who brings it. See Dean v. Barber, 951 F.2d 1210, 1216 (11th Cir. 1992), Fowler v. Jones, 899 F.2d 1088 (11th Cir. 1990), and Jacobson v. McIlwain, 145 F.R.D. 595 (S.D. Fla. 1992).

2. This Court has reviewed the Complaint, and it finds that the action is not so novel or complex as to warrant a

court-appointed attorney. This is especially so in light of this Court's contemporaneous ruling that the primary focus of this Florida lawsuit should be raised within the scope of the Colorado lawsuit leaving just the potential of a far more limited copyright claim that could be raised separately here. Certainly the Plaintiff remains free to make other arrangements for obtaining an attorney to represent him. However the appointment of counsel in a civil case carries a high burden which the Plaintiff does not meet here.

It is therefore,

**ORDERED AND ADJUDGED** that the Motion (DE 38) is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10 day of June, 2016.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Joseph V. Priore, Esq.

 David George, pro se
 2525 Arapahoe Ave. E4-245
 Boulder, CO 80302