UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14435-CIV-MARTINEZ/LYNCH

DAVID GEORGE,

    Plaintiff,

v.

JOYCE ANN WAYMAN AND JOSEPH WAYMAN,

    Defendants.
_____/

FILED by ___ D.C.
JUN 10 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**ORDER ON PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF FACTS (DE 40)**

**THIS CAUSE** comes before this Court upon the above Motion. Having reviewed the Motion, Response, and Reply, it is hereby,

**ORDERED AND ADJUDGED** that the Motion (DE 40) is **GRANTED**. This Court grants the Motion to the extent that it reviews the Plaintiff's submissions equally with the rest of the record. This Court does so without resolving any disputes of fact and only to the extent necessary to answer the legal question of how the instant Florida lawsuit relates to the prior Colorado lawsuit and what procedural solution provides the optimal way for the disputes to be heard.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10 day of June, 2016.

    FRANK J. LYNCH, JR.
    CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Joseph V. Priore, Esq.
    David George, pro se
    2525 Arapahoe Ave. E4-245
    Boulder, CO  80302